# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDISH KUMAR,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,<br><br>    Defendant. | Case No. SA CV 16-1358 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: 12.5.2017

_____
Hon. Jay C. Gandhi
United States Magistrate Judge